```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 28725
   BERNICE CAMERON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-4815


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/03/2004 and was confirmed 10/06/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/25/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
NUVELL CREDIT CORPORATIO  SECURED          5400.00          650.60       5329.60
NUVELL CREDIT CORPORATIO  FILED LATE           .00             .00           .00
WASHINGTON MUTUAL         CURRENT MORTG        .00             .00           .00
WASHINGTON MUTUAL         MORTGAGE ARRE    2454.78             .00       2417.52
GE CARD SERVICES          UNSECURED       NOT FILED           .00           .00
HEALTHCARE ASSOCIATION C  UNSECURED       NOT FILED           .00           .00
NATIONAL CITY BANK        NOTICE ONLY     NOT FILED           .00           .00
NCO FINANCIAL SYSTEMS IN  UNSECURED       NOT FILED           .00           .00
SAMS CLUB                 UNSECURED       NOT FILED           .00           .00
SIR FINANCE               UNSECURED        1229.00            .00           .00
SOCIAL SECURITY ADMINIST  UNSECURED       NOT FILED           .00           .00
SOCIAL SECURITY ADMIN     NOTICE ONLY     NOT FILED           .00           .00
SOCIAL SECURITY ADMIN C   NOTICE ONLY     NOT FILED           .00           .00
SRA ASSOCIATES            UNSECURED       NOT FILED           .00           .00
T-MOBILE BANKRUPTCY       UNSECURED         575.00            .00           .00
SEARS ROEBUCK & CO        UNSECURED       NOT FILED           .00           .00
NATIONAL CAPITAL MGMT LL  UNSECURED        7160.07            .00           .00
CITY OF CHICAGO PARKING   UNSECURED        1210.00            .00           .00
CHICAGO CEMETERY CO       UNSECURED        2385.00            .00           .00
GREENBERG & ASSOC         DEBTOR ATTY     1,800.00                      1,800.00
TOM VAUGHN                TRUSTEE                                         602.28
DEBTOR REFUND             REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 10,800.00

PRIORITY                                           .00
SECURED                                       7,747.12
   INTEREST                                     650.60

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 28725 BERNICE CAMERON
```

```
UNSECURED                                                           .00
ADMINISTRATIVE                                                 1,800.00
TRUSTEE COMPENSATION                                             602.28
DEBTOR REFUND                                                       .00
                                      ---------------    ---------------
TOTALS                                     10,800.00          10,800.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
    Dated: 10/22/07                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```